UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TALLYS WHITE | CIVIL ACTION |
| VERSUS | NO. 11-2926 |
| OFFICER X, ET AL. | SECTION "N" (4) |

### ORDER AND REASONS

To the extent that Plaintiff's "Motion to Continue Submission Date on Motion to Dismiss Warden Howard Prince" (Rec. Doc. 20) simply sought to render timely Plaintiff's previously filed memorandum in opposition (Rec. Doc. 16), **IT IS ORDERED** that the motion is granted.

New Orleans, Louisiana, this 14th day of December 2012.

**KURT D. ENGELHARDT**
**United States District Judge**